# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** 17-13779

Debtor **Dalton Clinton Middleton**    SS# xxx-xx-5263    Median Income ☑ Above ☐ Below
Joint Debtor **Melissa Beck Middleton**    SS# xxx-xx-5084
Address **2512 Hood Ave. Tupelo, MS 38801-0000**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $ **283.65** per **weekly** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
**Middleton & Tinsley Law Firm, PLLC**
**PO Box 3219**
**Tupelo MS**
**38803-0000**

(B) Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly)** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:

| Creditor | Amount | Rate |
|---|---|---|
| Internal Revenue Service: | $ 0.00 | @ 0.00 /month |
| Mississippi Dept. of Revenue: | $ 1,035.00 | @ 147.86 /month |
| Other/ Internal Revenue Service | $ 3,006.00 | @ 429.43 /month |
| Other/ Internal Revenue Service | $ 3,206.00 | @ 458.00 /month |
| Other/ Internal Revenue Service | $ 0.00 | @ 0.00 /month |
| Other/ Internal Revenue Service | $ 0.00 | @ 0.00 /month |
| Other/ Internal Revenue Service | $ 0.00 | @ 0.00 /month |
| Other/ MS Department of Revenue | $ 569.00 | @ 81.29 /month |
| Other/ MS Department of Revenue | $ 466.00 | @ 66.57 /month |

**DOMESTIC SUPPORT OBLIGATION** DUE TO: _____
**-NONE-**
POST PETITION OBLIGATION: In the amount of $ per month beginning .
To be paid ____ direct, ____ through payroll deduction, or ____ through the plan.
**-NONE-**
PRE-PETITION ARREARAGE: In the total amount of $ through shall be paid the amount of $ per month beginning
To be paid ____ Direct ____ through payroll deduction ____ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

MTG PMTS TO: **Bancorp South**         BEGINNING **11/1/2017**  @$  **116.00** ☐PLAN ☑DIRECT
MTG PMTS TO: **Bancorp South Bank**    BEGINNING **11/1/2017**  @$  **777.00** ☐PLAN ☑DIRECT
MTG ARREARS TO: **-NONE-**             THROUGH            $  ____  @$ ____ /MO*
(*Including interest at %)

Debtor's Initials **DM**   Joint Debtor's Initials **MM**          CHAPTER 13 PLAN, PAGE 1 OF 3

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor: **-NONE-**   Approx. amt. due: _____   Int. Rate: _____
Property Address: _____   Are related taxes and/or insurance escrowed   Yes ___   No ___

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **American Honda Finance** | **2014 Honda Accord Hybrid 55798 miles Location: 2512 Hood Ave., Tupelo MS 38801** | | **21,392.00** | **18,832.00** | **5.00%** | **Pay Value** |
| **Ally Financial** | **2016 Hyundai Santa Fe 26758 miles Location: 2512 Hood Ave., Tupelo MS 38801** | **X** | **34,074.00** | **19,642.00** | **5.00%** | **Amt. Owed** |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| **IRS WITHHOLDING TAX** | | **77,423.87** | Disputed. Pay 0 until bankruptcy is complete. |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| **Dept Ed/Navient** | 212,028.00 | unknown | Disputed. Pay 0 until bankruptcy is complete. |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: **-NONE-**

**GENERAL UNSECURED DEBTS** totaling approximately $ **332,943.21**. Such claims must be timely filed and not disallowed to receive payment as follows: ____ IN FULL (100%) or **0** % (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ **0.00**
Attorney Fees Previously Paid $ **0.00**
Attorney fees to be paid in plan $ **0.00**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co/Agent | Attorney for Debtor (Name/Address/Phone # / Email) |
|---|---|
| State Farm | **Dalton Middleton** |
| | **PO Box 3129** |
| | **Tupelo, MS 38803** |
| Tupelo MS | |
| Telephone/Fax | Telephone/Fax  662-205-4749 |
| | Facismile No.  662-269-2424 |
| | E-mail Address  rb@MLawMS.com |

DATE: **October 20, 2017**     DEBTOR'S SIGNATURE         /s/ Dalton Clinton Middleton
                               JOINT DEBTOR'S SIGNATURE   /s/ Melissa Beck Middleton
                               ATTORNEY'S SIGNATURE       /s/ Dalton Middleton

# United States Bankruptcy Court
## Northern District of Mississippi

In re: **Dalton Clinton Middleton / Melissa Beck Middleton**, Debtor(s)

Case No. **17-13779**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 20, 2017**, a copy of ___ Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Terre M. Vardaman**
VARDAMAN13ECF@gmail.com

**U. S. Trustee**
USTPRegion05.AB.ECF@usdoj.gov

**Ally Financial**
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

**American Honda Finance**
Po Box 168088
Irving, TX 75016

**AT&T**
PO Box 772349
Ocala, FL 34477

**AT&T**
P.O.Box 5014
Carol Stream, IL 60197

**Bancorp South**
2778 W Jackson St.
Attn: Legal Department
Tupelo, MS 38801

**Bancorp South Bank**
2778 W Jackson St.
Attn: Legal Department
Tupelo, MS 38801

**Barclays Bank Delaware**
100 S West St
Wilmington, DE 19801

**Belk/Synchrony Bank**
PO Box 530940
Atlanta, GA 30353

**Capital One**
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130

**Credit One Bank Na**
Po Box 98873
Las Vegas, NV 89193

**Dept Of Ed/Navient**
Attn: Claims Dept
P.O. Box 9635
Wilkes Barr, PA 18773

**Direct TV**

**PO Box 6550**
**Englewood, CO 80155**

**Direct TV**
**P.O. Box 105261**
**Atlanta, GA 30348**

**First Heritage Credit**
**2306 W Main St**
**Tupelo, MS 38801**

**Franklin Collection Service, Inc**
**Po Box 3910**
**Tupelo, MS 38801**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101**

**Kohls/Capital One**
**Kohls Credit**
**Po Box 3043**
**Milwaukee, WI 53201**

**MS Department of Revenue**
**PO Box 1033**
**Jackson, MS 39215**

**NMMC CRNA Anesthesia**
**PO Box 3488**
**Dept. 05-004**
**Tupelo, MS 38803**

**North Mississippi Medical Center**
**830 South Gloster Street**
**Tupelo, MS 38801**

**PayPal**
**P.O. Box 45950**
**Omaha, NE 68145-0950**

**PayPal**
**P.O. Box 45950**
**Omaha, NE 68145-0950**

**Paypal Credit**
**PO Box 105658**
**Atlanta, GA 30348**

**Reed's**
**PO BOX 230**
**Tupelo, MS 38801**

**Synchrony Bank/Amazon**
**Attn: Bankruptcy**
**Po Box 956060**
**Orlando, FL 32896**

**Tupelo Service Finance**
**PO Box 1791**
**Tupelo, MS 38802**

**Tupelo Service Finance**
**PO Box 1791**
**Tupelo, MS 38802**

**Webbank/dfs**
**Dell Financial Services**
**Attn: Bankruptcy**
**PO Box 81577**
**Austin, TX 78708**

**/s/ Dalton Middleton**
**Dalton Middleton**
**Middleton & Tinsley Law Firm, PLLC**

**PO Box 3129**
**Tupelo, MS 38803**
**662-205-4749Fax:662-269-2424**
**rb@MLawMS.com**